FILED
JUL 24 2018
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES ALBERT SLONAKER,<br><br>Defendant. | Criminal No. 3:18CR44<br><br>Violations:   18 U.S.C. § 3146(a)(2)<br>                        18 U.S.C. § 3146(b) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Failure to Surrender for Service of Sentence)

On or about February 21, 2018, in Hampshire County, in the Northern District of West Virginia, defendant **JAMES ALBERT SLONAKER**, having been released pursuant to chapter 207 of Title 18, United States Code, while awaiting surrender for service of sentence after conviction in the United States District Court of the Northern District of West Virginia for a violation of Title 18, United States Code, Section 922(g)(1), felony unlawful possession of firearms, in Case No. 3:17CR54, entitled *United States v. James Albert Slonaker*, and having been directed by the court to surrender to FCI Schuylkill at Interstate 81 & 901W, Minersville, Pennsylvania, in the Middle District of Pennsylvania, did knowingly and willfully fail to surrender

for service of sentence as ordered by the court, in violation of Title 18, United States Code, Sections 3146(a)(2) and 3146(b).

A true bill,

/s/_____
Grand Jury Foreperson

/s/_____
WILLIAM J. POWELL
UNITED STATES ATTORNEY

Anna Z. Krasinski
Assistant United States Attorney